UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
LOUIS VUITTON MALLETIER SOCIETE PAR :
ACTIONS SIMPLIFIEE (SAS), :
:
                Plaintiff, :      21-CV-4246 (JPC)
:
      -v-  :      <u>ORDER</u>
:
VARIOUS JOHN DOES, JANE DOES, and XYZ :
COMPANIES, :
:
                Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Clerk of the Court is respectfully directed to unseal this case, unseal all transcripts, and file all documents filed prior to this Order on the Court's Electronic Case Filing system.

    SO ORDERED.

Dated: June 30, 2021
       New York, New York
                                      JOHN P. CRONAN
                               United States District Judge