JUDGE CRONAN

**GIORDANO, HALLERAN & CIESLA, P.C.**
Martin J. Feinberg (mfeinberg@ghclaw.com)
Christopher J. Marino (cmarino@ghclaw.com)
1250 Broadway, 36th Floor
New York, NY 10001
(212) 235-7291
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

LOUIS VUITTON MALLETIER SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS),

                Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

                Defendants.
---------------------------------------------------------------X

**21 CV 04246**

Civil Action No.

21 CV _____

**ORDER TO FILE**
**CIVIL CASE UNDER SEAL**

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

NOW, THEREFORE, it is hereby ORDERED as follows:

This case maybe filed under seal. The parties are directed to proceed in accordance with the instruction for filing under seal found in the court's ECF Rules & Instructions, Rule 6.13, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. The Clerk is directed to restrict access to this order to the selected party viewing level.

Dated:
   New York, New York

     5/10/21

SO ORDERED.

_____
                                  U.S.D.J.

Part I